THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL DIPALMA, Appellant. (Appeal No. 1.) [42 NYS3d 886]— Appeal from a judgment of the Supreme Court, Erie County (M. William Boller, A.J.), rendered October 15, 2013. The judgment convicted defendant, upon his plea of guilty, of driving while intoxicated, as a class E felony.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v DiPalma* ([appeal No. 2] 145 AD3d 1647 [2016]). Present—Whalen, P.J., Centra, Lindley, DeJoseph and Scudder, JJ.